UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Matthew Fissel Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Number: (215) 627-1322
bkgroup@kmllawgroup.com
Attorneys for U.S. Bank National Association, as Trustee for
BAYVIEW ASSET-BACKED SECURITIES TRUST  SERIES
2008-10, Asset-Backed Securities, Series 2008-10

Case No: 26-14109 EJO

Chapter: 7

Judge: Eamonn J. O'Hagan

In Re:
Randall Woods II

                    Debtor(s).

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of U.S. Bank National Association, as Trustee for BAYVIEW ASSET-BACKED SECURITIES TRUST  SERIES 2008-10, Asset-Backed Securities, Series 2008-10.  Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

701 Market Street, Suite 5000
Philadelphia, PA 19106

DOCUMENTS:

☒  All notices entered pursuant to Fed. R. Bankr. P. 2002.
☒ All documents and pleadings of any nature.

Date: 05/20/2026

/s/ *Matthew Fissel*

Matthew Fissel
20 May 2026, 10:31:06, EDT
**KML Law Group, P.C.**
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
FAX: (215) 627-7734
Attorney for Creditor

*new 8/1/15*

Document ID: e61d51d51d6a872675fa74d3a42a36b2a116ca6b53bdb431f9aa4de1999b1312