Certificate Number: 00301-NJ-DE-041158955

Bankruptcy Case Number: 26-14109



00301-NJ-DE-041158955

## CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 1, 2026, at 5:21 o'clock PM EDT, RANDALL A WOODS II completed a course on personal financial management given by internet by InCharge Debt Solutions, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:  July 1, 2026                    By:  /s/Jimmy Arreaga

                                        Name:  Jimmy Arreaga

                                        Title:  Certified Bankruptcy Counselor