**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Randall Woods II | Social Security number or ITIN   xxx–xx–9054 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 26–14109–EJO | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Randall Woods II

7/24/26

**By the court:** <u>Eamonn James O'Hagan</u>
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for most taxes;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- ♦ some debts which the debtors did not properly list;

- ♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:

Randall Woods, II
    Debtor

Case No. 26-14109-EJO

Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3                       User: admin                      Page 1 of 3

Date Rcvd: Jul 24, 2026               Form ID: 318                   Total Noticed: 24

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

\+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Randall Woods, II, 82 Monmouth Road, Oakhurst, NJ 07755-1631 |
| 521072730 | + | State of New Jersey, Division of Taxation, P O Box 046, Trenton, NJ 08646-0046 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QTJORR.COM | Jul 25 2026 00:51:00 | Thomas Orr, Law Office of Thomas J. Orr, 321 High Street, Burlington, NJ 08016-4411 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 24 2026 21:27:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 24 2026 21:27:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: USBankBKNotices@nationalbankruptcy.com | Jul 24 2026 21:26:00 | U.S. Bank National Association, U.S. Bank National Association, 14841 Dallas Parkway Suite 350, Dallas, TX 75254-7685 |
| 521072717 | | Email/PDF: bncnotices@becket-lee.com | Jul 24 2026 21:25:42 | Amex, Correspondence/Bankruptcy, PO Box 981535, El Paso, TX 79998-1535 |
| 521072716 | + | EDI: CAPITALONE.COM | Jul 25 2026 00:51:00 | Capital One, Accounts Payable, 1680 Capital One, McLean, VA 22102-3407 |
| 521072719 | | EDI: CRFRSTNA.COM | Jul 25 2026 00:51:00 | Cfna, Attn: Bankruptcy, BK11/Customer Service, PO Box 81315, Cleveland, OH 44181-0315 |
| 521072720 | | EDI: JPMORGANCHASE | Jul 25 2026 00:51:00 | Chase Card Services, Attn: Bankruptcy, PO Box 15299, Wilmington, DE 19850-5299 |
| 521072721 | + | EDI: CITICORP | Jul 25 2026 00:51:00 | Citi Card/Best Buy, Attn: Citicorp Cr Srvs, Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 521072722 | | EDI: CITICORP | Jul 25 2026 00:51:00 | Citibank, Attn: Bankruptcy Department, P.O. BOX 790046, ST. Louis, MO 63179-0046 |
| 521072723 | + | EDI: DISCOVER | Jul 25 2026 00:51:00 | Discovercard, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 521072724 | + | EDI: IRS.COM | Jul 25 2026 00:51:00 | Internal Revenue Service, Centralized Insolvency Operation, P O Box 7348, Philadelphia, PA 19101-7348 |
| 521072726 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 24 2026 21:36:03 | Lvnv Funding Llc/Resurgent, Capital Services, Resurgent Correspondence,, Attn: Bankruptcy, PO Box 1269, Greenville, SC 29602-1269 |
| 521072728 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 24 2026 21:26:00 | Pnc Financial/Pnc Bank, Attn: Bankruptcy, 300Fifth Ave, Pittsburgh, PA 15222 |
| 521072727 | | EDI: SYNC | | |

District/off: 0312-3

Date Rcvd: Jul 24, 2026

User: admin

Form ID: 318

Page 2 of 3

Total Noticed: 24

| | | Jul 25 2026 00:51:00 | PayPal Credit - Synchrony Bank, Bankruptcy Dept, PO Box 71783, Philadelphia, PA 19176-1783 |
|---|---|---|---|
| 521072729 | + Email/Text: bankruptcy@rubinrothman.com | | |
| | | Jul 24 2026 21:26:00 | Rubin & Rothman, LLC, Attys for BOA #1737435, 1787 Veterans Hwy, Ste 32, Islandia, NY 11749-1500 |
| 521072731 | EDI: SYNC | | |
| | | Jul 25 2026 00:51:00 | Synchrony Bank/Gap, Attn: Bankruptcy Dept, P.O. Box 965065, Orlando, FL 32896-5065 |
| 521072732 | + EDI: SYNC | | |
| | | Jul 25 2026 00:51:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 521072733 | EDI: SYNC | | |
| | | Jul 25 2026 00:51:00 | Synchrony/Paypal Credit, Attn: Bankruptcy, PO Box 965064, Orlando, FL 32896-5064 |
| 521072734 | EDI: USBANKARS.COM | | |
| | | Jul 25 2026 00:51:00 | Us Bank, Attn: Bankruptcy, PO Box 5229, Cincinnati, OH 45201-5229 |
| 521072735 | EDI: USBANKARS.COM | | |
| | | Jul 25 2026 00:51:00 | Us Bk Cacs, Attn: Bankruptcy, PO Box 5229, Cincinatti, OH 45201-5229 |
| 521072736 | EDI: WFFC2 | | |
| | | Jul 25 2026 00:51:00 | Wells Fargo Bank Na, Attn: Bankruptcy, P.O.Box 393, Minneapolis, MN 55480-0393 |

TOTAL: 22

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 521072718 | *+ | Capital One, Accounts Payable, 1680 Capital One, McLean, VA 22102-3407 |
| 521072725 | * | Internal Revenue Service, Special Procedures, PO Box 744, Springfield, NJ 07081 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2026          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Frank J. Fischer | |
| | on behalf of Debtor Randall Woods  II rugger52@aol.com, btassillo@aol.com;fischer.frankj.b127774@notify.bestcase.com |
| Matthew K. Fissel | |
| | on behalf of Creditor U.S. Bank National Association  as Trustee for BAYVIEW ASSET-BACKED SECURITIES TRUST SERIES 2008-10, Asset-Backed Securities, Series 2008-10 bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| Thomas Orr | |
| | tom@torrlaw.com  Torr@ecf.axosfs.com |
| U.S. Trustee | |

District/off: 0312-3 User: admin Page 3 of 3
Date Rcvd: Jul 24, 2026 Form ID: 318 Total Noticed: 24

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 4